# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-08311 CAD  
**Case Name:** HERRING, YVETTE M

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-65 - Money Market Account

**Taxpayer ID #:** 13-7506488  
**Period Ending:** 07/24/07

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/06 | {8} | HSBC | Tax refund | 1124-000 | 678.05 | | 678.05 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.11 | | 678.16 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.43 | | 678.59 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.46 | | 679.05 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.45 | | 679.50 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.46 | | 679.96 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.46 | | 680.42 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.43 | | 680.85 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.47 | | 681.32 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.44 | | 681.76 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.43 | | 682.19 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.45 | | 682.64 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.34 | | 682.98 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.36 | | 683.34 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.37 | | 683.71 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.37 | | 684.08 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.35 | | 684.43 |
| 07/24/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.29 | | 684.72 |
| 07/24/07 | | To Account #********4366 | in preparation of final report | 9999-000 | | 684.72 | 0.00 |


EXHIBIT C

Subtotals :   $684.72   $684.72

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-08311 CAD
**Case Name:** HERRING, YVETTE M

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*43-65 - Money Market Account

**Taxpayer ID #:** 13-7506488
**Period Ending:** 07/24/07

**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 684.72 | 684.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 684.72 | |
| | | | **Subtotal** | | 684.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$684.72** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 05-08311 CAD | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** HERRING, YVETTE M | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*43-66 - Checking Account |
| **Taxpayer ID #:** 13-7506488 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 07/24/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/07 | | From Account #\*\*\*\*\*\*\*\*4365 | in preparation of final report | 9999-000 ! | 684.72 | | 684.72 |
| | | | **ACCOUNT TOTALS** | | 684.72 | 0.00 | $684.72 |
| | | | Less: Bank Transfers | | 684.72 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*43-65 | 684.72 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*43-66 | 0.00 | 0.00 | 684.72 |
| | **$684.72** | **$0.00** | **$684.72** |