**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **HERRING, YVETTE M** | ) | |
| | ) | **CASE NO. 05 B 08311** |
| | ) | |
| | ) | **JUDGE CAROL A. DOYLE** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 742
   Chicago, Illinois 60604

   On: **September 4, 2007**
   At: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                      $        684.72

   b. Disbursements                                 $          0.00

   c. Net Cash Available for Distribution$        684.72

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $5,471.41, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $7.95%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Ba TARGET VI | $ 2,879.77 | $ 228.81 |
| 2 | Cingular Wireless | $ 151.58 | $ 12.04 |
| 3 | Citibank (USA) NA | $ 1,282.97 | $ 101.94 |
| 4 | Recovery Management Systems Corporation For GE Money Bank | $ 1,157.09 | $ 91.93 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated: **August 8, 2007**          For the Court,


                        By: **KENNETH S GARDNER**
                            Kenneth S. Gardner
                            Clerk of the United States Bankruptcy Court
                            219 S. Dearborn Street, 7th Floor
                            Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8311   Doc 23   Filed 08/08/07   Entered 08/11/07 00:07:17   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Aug 08, 2007
Case: 05-08311                Form ID: pdf002          Total Served: 24

The following entities were served by first class mail on Aug 10, 2007.
db           +Yvette M Herring,    309 E 69th St,    Chicago, IL 60637-4601
aty          +David Chang,    Law Office of David Chang,    10 N. Martingale Rd.,    #400,
               Schaumburg, IL 60173-2411
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9022567      +1st Revenue Assurance,    PO Box 5818,    Denver, CO 80217-5818
9022568      +ACN Customer Service,    411 Third Street,    Gwinn, MI 49841-3010
9022569       ADT Security Services,    PO Box 371490,    Pittsburgh, PA 15250-7490
9022570      +Bank One ATM and Card Operations,    PO Box 620002,    Dallas, TX 75262-0002
9022571       Cingular Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
9824321      +Cingular Wireless,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9851035      +Citibank (USA) NA,    POB 182149,    Columbus, OH 43218-2149
9022572      +Comcast,    P.O. Box 173885,    Denver, CO 80217-3885
9022573      +Credit Protection Association,    PO Box 802068,    Dallas, TX 75380-2068
9022574      +Equinox,    P.O. Box 455,    Park Ridge, IL 60068-0455
9022575       First North American Nat'l Bank/CC,    PO Box 100043,    Kennesaw, GA 30156-9243
9022576       GMAC,    P. O. Box 217060,    Auburn Hills, MI 48321-7060
9022566      +John P. Carlin #,    Macey & Chern,    444 N. Wells, Ste. 301,    Chicago, IL 60610-4593
10434086     +Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
9022577       Retailers National Bank-Target,    P.O. Box 59317,    Minneapolis, MN 55459-0317
9022578      +Risk Management Alternatives,    5101 Monument Ave,    Richmond, VA 23230-3621
9022579       Sears,    PO Box 182149,    Columbus, OH 43218-2149
9022580       Sprint,    PO Box 219554,    Kansas City, MO 64121-9554
9633688      +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9022581       Telecom USA,    P.O. Box 600607,    Jacksonville, FL 32260-0607
9022582      +Wal Mart,    PO Box 530927,    Atlanta, GA 30353-0927

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9022565*     +Yvette M Herring,    309 E 69th St,    Chicago, IL 60637-4601
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2007**            **Signature:** _Joseph Speetjens_