## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | August 27, 2007 |
| Bankruptcy Case No. | 05 B 08311 | Adversary No. | |
| Title of Case | Yvette Herring | | |

**Brief Statement of Motion:** Trustee's final report

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

IT IS ORDERED that due to a conflict with this court's calendar, the hearing on the trustee's final report set for September 4, 2007 has been re-scheduled for September 11, 2007 at 10:30 a.m. in Courtroom 742, 219 S. Dearborn Street, Chicago, Illinois.

*/s/ Carol A. Doyle*