# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Carol A. Doyle

**Hearing Date:** 9/11/07

**Bankruptcy Case:** 05 B 08311

**Adversary No.:**

**Title of Case:** In re Herring, Yvette

**Brief Statement of Motion:** Trustee's Final Report

**Names and Addresses of moving counsel:** David Leibowitz, Leibowitz Law Center, 420 W. Clayton Street, Waukegan, IL 60085

**Representing:** Trustee

**ORDER** approving final report.

Final Report is Approved

*/s/ Carol A. Doyle*