IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HERRING, YVETTE M | ) | |
| | ) | CASE NO. 05 B 08311 |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| Debtor(s) | ) | |

## DISTRIBUTION REPORT

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 250.00 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 434.72 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 684.72 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $250.00 | 100.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| Clerk of Court, Adversary filing fee | 250.00 | 250.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 9. | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 10. | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 11. | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 12. | | | |

EXHIBIT D

| | | | |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 13. | TYPE OF CLAIMS | | |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $5,471.41 | 7.95% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | Target National Bank (f.k.a. Retailers National Ba TARGET VI | 2,879.77 | 228.81 |
| 2 | Cingular Wireless | 151.58 | 12.04 |
| 3 | Citibank (USA) NA | 1,282.97 | 101.94 |
| 4 | Recovery Management Systems Corporation For GE Money Bank | 1,157.09 | 91.93 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 14. | TYPE OF CLAIMS | | |
| Subordinated unsecured claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 15. | TYPE OF CLAIMS | | |

**EXHIBIT D**

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 16. | TYPE OF CLAIMS | | |
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 17. | TYPE OF CLAIMS | | |
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 18. | TYPE OF CLAIMS | | |
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

EXHIBIT D

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: October 22, 2007         /s/ David P. Leibowitz
                                DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**